UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NARISA SILVER,

                              Plaintiff,

         -against-

LEE ANAV CHUNG WHITE KIM RUGER LLP et al.,,

                             Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-1593 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 26). A telephone conference will be held on **Wednesday, December 14, 2022 at 2:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: November 5, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge