# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

anthony@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

**MEMO ENDORSED**

December 14, 2022

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re:   **Silver v. Lee Anav Chung White Kim Ruger & Richter LLP, 22 CV 1593**

Dear Judge Parker:

This firm represents Plaintiff Narisa Silver.  I am writing, with Defendants' consent, to request that the Court reschedule the settlement conference currently scheduled for January 6, 2023 (ECF Doc. 28).

Unfortunately, I spoke too soon during our settlement conference earlier this afternoon.  I did not learn until shortly after our conference that the Plaintiff will be traveling back from out of the country on January 6.

I have conferred with opposing counsel, and Defendants and Plaintiff are available on February 3, 2023, if that date is convenient for the Court.  The parties may be able to schedule other dates as well in January or February, and counsel will be happy to discuss that further with your staff or proceed with rescheduling the settlement conference in whatever way is most convenient for the Court.

We note, however, that Defendant Michael Yi will be working remotely from out of town for a month beginning on February 4, 2023, so if a date in February other than February 3 is selected, Mr. Yi would need to attend the settlement conference by video or phone, with the Court's permission.

We appreciate the Court's consideration.

Respectfully submitted,

*Anthony P.*

Anthony P. Consiglio

cc:   All Counsel (by ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Friday, January 6, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Friday, February 3, 2023 at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 27, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/15/2022