```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NARISA SILVER,

                               Plaintiff,

      -against-

LEE ANAV CHUNG WHITE KIM RUGER
LLP et al.,

                             Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**22-CV-1593 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter scheduled for Friday, February 3, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Wednesday, April 5, 2023 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **March 29, 2023 by 5:00 p.m.**

      **SO ORDERED.**

Dated: February 1, 2023
       New York, New York

                                       */s/ Katharine H. Parker*
                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge